435 A.2d 269

Commonwealth v. DePetro, Appellant.

Petition for Allowance of Appeal Denied Oct. 2, 1981.

576

■■■■■■■■■■

■■■■■■■■■ Submitted April 16, 1980. John Halley, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.